IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 01-1500 |
| ) | |
| 1.71 ACRES OF LAND, MORE OR LESS, ) | Tract No(s). 3405E |
| SITUATE IN WASHINGTON COUNTY, ) | |
| COMMONWEALTH OF PENNSYLVANIA, and ) | Project: Lower Monongahela |
| MIDDLE MONONGAHELA INDUSTRIAL ) | River Project |
| DEVELOPMENT ASSOCIATION, INC., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

AND NOW, this **14th** day of **Dec**, 2007, pursuant to Rule 67 of the Federal Rules of Civil Procedure and Local Rule 67.2 of this Court, it is ORDERED that the plaintiff in the above-captioned matter is permitted to deposit the additional sum of $108,000 representing additional estimated just compensation with the Registry of the Court. It is FURTHER ORDERED that the Clerk deposit into the Registry of the Court the amount of One Hundred Eight Thousand and 00/100 Dollars ($108,000), which represents additional land condemnation monies.

_____
UNITED STATES DISTRICT JUDGE